Christopher C. Voigt (6-3313)
CROWLEY FLECK PLLP
500 Transwestern Plaza II
P. O. Box 2529
Billings, MT  59103-2529
406-252-3441
cvoigt@crowleyfleck.com

*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| HAWKS HILL RANCH, LLC, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WHARTON ASPHALT, LLC, a Montana limited liability company,<br><br>Defendant. | Cause No.: 22-cv-245<br><br>Honorable Judge Alan B. Johnson<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Please take notice that Christopher C. Voigt of Crowley Fleck, PLLP, pursuant to L.R. 84.3(c), hereby withdraws as counsel for Defendant Wharton Asphalt, LLC. The client consents to this withdrawal.  On January 12, 2023, Nicholas B. Klann filed an entry of appearance on behalf of the client (ECF 10) and will continue to represent the client in this matter.

Please remove Christopher C. Voigt from all certificates of service and mailing lists.

Dated this 20th day of January 2023.

/s/ Christopher C. Voigt
Christopher C. Voigt (MT Bar #5911)
CROWLEY FLECK PLLP
P. O. Box 2529
Billings, MT  59103-2529

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF system which will send notification to all ECF Registrants in this action.

/s/ Christopher C. Voigt
Of Crowley Fleck PLLP